B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

District of Colorado

In re  Paul Eugene Danio                ,  Case No. _____
              Debtor
                                                             Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| See Attached Exhibit A | | | | |

Date:  12/12/2013                    _[signature]_
                                                          Debtor

*[Declaration as in Form 2]*

EXHIBIT A

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Ahern Rentals, Inc.<br>1343 W. Idaho St.<br>Elko, NV 89801 | Mark Filleman<br>1119 W. Southern Ave.<br>Mesa, AZ 85210<br>480-551-2173 x127 | Trade Debt | Disputed | $44,013.91 |
| T Mobile<br>PO Box 660066<br>Dallas, TX 75266-0252 | 800-937-8997<br>Same as 1<br>Customer service | Trade Debt | Unliquidated | $358.16 |
| Colorado School of Mines<br>1500 Illinois St.<br>Golden, CO 80401 | Library<br>Same as 1<br>303-273-3911 | Trade Debt | Unliquidated | @$200.00 |
| E-470 Public Highway Authority<br>PO Box 5470<br>Denver, CO 80217-5470 | Same as 1<br>303-537-3470<br>Pay by phone | Trade Debt | Unliquidated | @$104.70 |
| Perfect Teeth<br>17211 S. Golden Rd.<br>Golden, CO 80401 | Business office<br>Birner Dental Management Service, Inc.<br>303-691-0680 | Trade Debt | Unliquidated | @1,100.00 |
| Direct TV<br>PO Box 78626<br>Phoenix, AZ 85062-8626 | Payment Office<br>Same as 1<br>800-531-5000 | Trade Debt | Disputed | @$450.00 |
| Farmers Insurance<br>PO Box 660066<br>Dallas, TX 75266-0066 | Rebecca Shirley<br>Agent<br>607 10th St<br>Golden, CO 80401<br>720-273-8076 | Trade Debt | Unliquidated | @$84.40 |