Official Form 2
6/90

# DECLARATION UNDER PENALTY OF PERJURY
~~ON BEHALF OF A CORPORATION OR PARTNERSHIP~~

I, [~~the president *or* other officer *or* an authorized agent of the corporation~~] [~~*for* a member *or* an authorized agent of the partnership~~] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing [~~list *or*~~ schedule *or* amendment ~~*or* other document (describe)~~] and that it is true and correct to the best of my information and belief.   EXHIBIT A

Date 12/12/13

Signature _Paul E Danio_

PAUL E. DANIO, DEBTOR
(Print Name and Title)