United States Bankruptcy Court
District of Colorado

In re: )
)
Paul Eugene Danio )
)Bankruptcy Case No. 13-30319-ABC
)
)
)
Debtor(s). )

ORDER FOR PAYMENT OF FILING FEES IN INSTALLMENTS
AND NOTICE OF DISMISSAL IN THE EVENT OF DEFAULT

Debtor's Application to Pay Filing Fee in Installments is granted, and

IT IS ORDERED that the debtor* pay the filing fee prescribed by Title 28 U.S.C. § 1930(a) in installments on the following terms:

1) $ 350.00     Check one: ☑ With the filing of the petition, or
                           ☐ on or before _____.
2) $ 300.00     on or before January 4, 2014
3) $ 300.00     on or before February 4, 2014
4) $ 263.00     on or before March 4, 2014.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IT IS FURTHER ORDERED, AND NOTICE IS HEREBY GIVEN pursuant to Title 11 U.S.C. § 707(a)(2), that in the event of default of any provision of this order, and after an additional notice to the debtor, this case shall be dismissed without further notice for nonpayment of the statutory filing fees and for failure of the debtor to appear before the Court in proper prosecution of the case.

IT IS FURTHER ORDERED, AND NOTICE IS HEREBY GIVEN that in the event this case should be dismissed for the debtor's failure to pay the statutory filing fees and failure to appear before the Court in proper prosecution of the case, the debtor shall be barred from payment of filing fees in installments in any subsequently filed case pursuant to G.P.O. 2009-3-SO-13, and may be further barred from filing a petition in this Court for 180 days pursuant to Title 11 U.S.C. § 109(g).

Dated: December 12, 2013

FOR THE COURT:

Kelly J. Sweeney, Acting Clerk

By: s/ MJB

NO PERSONAL CHECKS OR NON-ATTORNEY CREDIT CARDS WILL BE ACCEPTED
Pay in Person or Mail Payment to:   Clerk, U.S. Bankruptcy Court
                                     721 19th Street, Denver CO 80202

*Payments for debtors represented by an attorney who files electronically with this court must be processed through that attorney pursuant to GPO 2012-4.