## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| Paul Eugene Danio | ) | 13-30319 ABC |
| SSN / ITIN: xxx-xx-7404 | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## UNITED STATES TRUSTEE'S
## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The United States Trustee ("UST"), by and through undersigned counsel, files this Notice of Appearance and Request for Notice. Pursuant to Fed.R.Bankr.P. 9034(k), the UST requests that all pleadings and notices filed in this case be served on the UST at the address set forth below.

>	Office of the United States Trustee
>	Attn: Alison Goldenberg, Esq.
>	999 18th Street, Suite 1551
>	Denver, Colorado 80202

Dated: December 16, 2013	Respectfully submitted,

>	RICHARD A. WIELAND
>	UNITED STATES TRUSTEE

>	/s/ Alison Goldenberg
>	By: Alison Goldenberg, #37138
>	Trial Attorney for the U.S. Trustee
>	999 18th Street, Suite 1551
>	Denver, Colorado 80202
>	(303) 312-7238 telephone
>	(303) 312-7259 facsimile
>	Alison.Goldenberg@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify on December 16, 2013, that a copy of the United States Trustee's Notice of Appearance and Request for Notice was served by deposit in the United States Mail, postage prepaid to the following parties:

Paul Eugene Danio
PO Box 1074
Central City CO 80427


                                              /s/ Janice Hensen
                                              Office of the U.S. Trustee