UNITED STATES BANKRUPTCY COURT
District of Colorado

In re: Paul Eugene Danio
Debtor(s)

Case No.: 13-30319-ABC
Chapter: 11

## CERTIFICATE OF MAILING

I hereby certify that on 1/13/2014, a true and correct copy of:
Order and Notice of Chapter 11 Scheduling Conference
was placed in the United States Mail, postage prepaid and correctly addressed to the following:

Paul Eugene Danio, PO Box 1074, Central City, CO 80427 (db)

P. Turner, Deputy Clerk
United States Bankruptcy Court