```
                          United States Bankruptcy Court
                               District of Colorado
In re:                                                       Case No. 13-30319-ABC
Paul Eugene Danio                                            Chapter 11
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1           User: turnerp              Page 1 of 1            Date Rcvd: Jan 13, 2014
                               Form ID: pdf904            Total Noticed: 15
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2014.
15783178     +Ahern Rentals, Inc.,   Mark Filleman,   1119 W. Southern Ave.,    Mesa, AZ 85210-4944
15783184     +Birner Dental Management Service, Inc.,   1777 S. Harrison St.,   Suite 1400,
               Denver, CO 80210-3937
15783182     +Colorado School of Mines,   1500 Illinois St,   Golden, CO 80401-1843
15783189    ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: Direct TV,   PO Box 78626,   Phoenix, AZ 85062-8626)
15783187      Deanna Gibbs,   200402 E. Duke Dr.,   Aurora, CO 80013
15783183      E-470 Public Highway Authority,   PO Box 5470,   Denver, CO 80217-5470
15783186     +Estate of David I. Hayden,   John J. Miner,   837 Eaglestone Dr.,   Castle Rock, CO 80104-9632
15783185      IRS,   Internal Revenue Service Center,   Ogden, UT 84210-0010
15783177     +Lance and Kelly White,   Richard Toussaint, Esq.,   32065 Castle Court, Suite 150,
               Evergreen, CO 80439-3500
15783181    #+Mark Phillips,   14522 West Creek Road,   Sedalia, CO 80135-9782
15783188     +Matt Collins,   PO Box 629,   Idaho Springs, CO 80452-0629
15783180      Ron Thompson,   Aurora, CO 80013
15783179      T Mobile,   RE: XX XXX 8887,   PO Box 660252,   Dallas, TX 75266-0252

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15783190      E-mail/Text: pocatello_spo@farmersinsurance.com Jan 13 2014 23:57:56     Farmers Insurance,
               RE: XX XXX 5047,   PO Box 660066,   Dallas, TX 75266-0066
15791172      E-mail/Text: cio.bncmail@irs.gov Jan 13 2014 23:56:50     Internal Revenue Service,
               P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2014 at the address(es) listed below:
              Alison  Goldenberg    on behalf of U.S. Trustee    US Trustee Alison.Goldenberg@usdoj.gov,
               Nicole.M.Zollars@usdoj.gov
              Paul Eugene Danio    paulydanio@gmail.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable A. Bruce Campbell

| | | |
|---|---|---|
| In re ) | | |
| ) | | |
| PAUL EUGENE DANIO ) | Case No. 13-30319 ABC | |
| SSN: xxx-xx-7404 ) | Chapter 11 | |
| ) | | |
| Debtor. ) | | |
| _____ ) | | |

ORDER AND NOTICE OF
CHAPTER 11 SCHEDULING CONFERENCE

THIS MATTER comes before the Court *sua sponte*. The Court has conducted a preliminary review of the file and has determined that a scheduling conference should be set. At the conference the Debtor shall:

a) be prepared to discuss generally the Debtor's intended plan for reorganization, changes in operations, insurance coverage, tax liability, restructuring of debt, use of cash collateral and other matters pertinent to the Debtor's business or reorganization;

b) be prepared to advise the Court regarding its operating financial projections for the period preceding the filing of a plan, a budget for the professionals in the case and any particularities of the case which require resolution;

c) be prepared to propose a schedule for the filing of a disclosure statement, plan of reorganization, a bar date for filing proofs of claims and objections to claims and, if applicable, anticipated avoidance actions or other adversary proceedings which are critical to the reorganization; and

d) advise the Court as to whether the Debtor qualifies as a "small business" pursuant to 11 U.S.C. § 101 (51C) and whether the case is a "single asset real estate case" as defined by 11 U.S.C. § 101 (51B).

IT IS THEREFORE ORDERED that:

a) The Debtor shall appear on **Thursday, January 30, 2014, at 1:30 p.m., in Courtroom C205, Byron Rogers Courthouse, 1929 Stout Street, Denver, Colorado**, for a scheduling conference. Failure of the Debtor to appear shall result in the setting of a hearing to show cause why appropriate sanctions should not be imposed for failing to appear, which sanctions may include dismissal of the case.

b) Rules 9014 and 9016, Federal Rules of Bankruptcy Procedure, are applicable to this case.

c) **The Debtor shall, forthwith, serve a copy of this Order on the United States Trustee, creditors, and other parties-in-interest, and file a certificate of service with the Court, evidencing same, prior to the scheduled hearing.**

DATED:  January 13, 2014           BY THE COURT:

_____
A. Bruce Campbell
United States Bankruptcy Judge