B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT
## District of Colorado

In re **Paul Eugene Danio**, Debtor

Case No. **13-30319 – ABC**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **DEC '13**

Date filed: **JAN. 21, 2014**

Line of Business: **MOTO 6**

NAISC Code: **UKN.**

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ Paul E Danio* /s/ Paul E Danio  1/21/14

Original Signature of Responsible Party

**PAUL E. DANIO**

Printed Name of Responsible Party

Questionnaire: *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | X | |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | X | |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | X | |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? (NO ACCT.) | | X |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | | X |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | X | |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | | |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | X | |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | X | |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | | X |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | | X |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | | X |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | | X |

Official Form 25C) (12/08)

    HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒

    DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒

16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☒

17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒

18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☐

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☒ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

    TOTAL INCOME $ 2,000

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $ UNK.

Cash on Hand at End of Month    $ 300

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL $ 300

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

    TOTAL EXPENSES $ 1,700.69

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    $ 2000

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*    $ 1,700.69

*(Subtract Line C from Line B)*    CASH PROFIT FOR THE MONTH    $ 299.31

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ —0—

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ —0—

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?    —0—

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    —0—

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ —0—

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ —0—

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ —0—

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ —0—

Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ N/A * | $ 2,000 | $ — |
| EXPENSES | $ N/A | $ 1,700 | $ — |
| CASH PROFIT | $ N/A | $ 300 | $ — |

\* THIS IS THE 1st MONTH.

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:      $ 2,000
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:    $ 1,700
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 300

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

Small Business Monthly Report Exhibits

Exhibit A – TAXES

After the meeting of creditors with the US Trustee on Jan. 16th, 2014, I, Paul E. Danio, debtor in possession, went to the IRS office in Denver and obtained income statements for the years 2012, 2011, 2010, 2009, 2008, and 2007. The years 2007, 2008, and 2009 show losses from the entity Venture Resources, Inc. in an amount more than necessary to offset any income I had from other sources, which was not much, in these years. I expect no tax liability in for the years 2007, 2008, 2009.

The income records for the tax years of 2010, 2011 and 2012 which I received from IRS substantially agree with the amounts for which I have records. I have total amounts from my invoices from Sutter Gold Mining, Inc. ("Sutter") that exceed in 2011 the amount declared by Sutter in a 1099 as being paid to me, but I believe the difference is in expenses that I included in my invoices, and Sutter did not include in the 1099 for 2011. The 1099 for 2012 from Sutter is $1,000 more than my record, I assume it is an arithmetic error on either my part or Sutter's.

I started a significant engineering consulting contract with Sutter Gold Mining, Inc. ("Sutter") in the middle of 2010, and this was the first steady source of income that I had received in many years. The amounts I received from Sutter, less the standard and other deductions, should result in no tax liability for 2010.

In regard to the tax years 2011, and 2012, I have been collecting and organizing all my financial documents for these, and all the tax years mentioned above, and it appears from the crude numbers I have available, as of the date of this report, that the amount potentially owed to the IRS is considerably less than what was filed under their proof of claim, and should be considerably lower than the $50,000 that I originally estimated in my schedules.

I plan to have all the book keeping ready for presentation to a professional tax person by January, 30, 2014 and I intend to ask the Court for permission to employ the same on that date.

Exhibit B – INCOME

Income for December 2013 consisted of $100 from the District Court for restitution, $300 from Mark Phillips for map and property access searches, and $1,600 from Cathy Ewing for construction services, for a total of: $2,000.00.

Exhibit C – EXPENSES

Expenses for December 2013 consisted of $160 for telephone, $350 filing fee with the Bankruptcy Court, $69.40 for auto insurance, $25.29 for electrical parts for the Danio/Miner

Mill, approx. $240 for fuel and approx. $650 for food, personal care and entertainment, for a total of $1,700.69.

## Exhibit D – UNPAID BILLS

There are no current unpaid bills.

## Exhibit E – MONEY OWED TO YOU

There is no money owed to debtor in possession.

## Exhibit F – BANKING INFORMATION

The accounts of debtor in possession were closed in December, 2013. Copies of the funds received from the closed accounts are attached hereto.

**Check 1:**

US bank

PURPOSE/REMITTER: 203684396930

CASHIER'S CHECK   No. 0197506286

DATE: December 16, 2013

$ 0.79

PAY ZERO AND 79 CENTS

TO THE ORDER OF: PAUL E DANIO

NON NEGOTIABLE
AUTHORIZED SIGNATURE

Location: 00197-Westminster-Lowell
U.S. Bank, National Association
Minneapolis, MN 55480

HARLAND CLARKE  20745 (03/10)  12242659

**Check 2:**

US bank

PURPOSE/REMITTER: 103680232339

CASHIER'S CHECK   No. 0197506287

DATE: December 16, 2013

$ 33.23

PAY THIRTY THREE AND 23 CENTS

TO THE ORDER OF: PAUL E DANIO

NON NEGOTIABLE
AUTHORIZED SIGNATURE

Location: 00197-Westminster-Lowell
U.S. Bank, National Association
Minneapolis, MN 55480

HARLAND CLARKE  20745 (03/10)  12242659