IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

**HONORABLE A. BRUCE CAMPBELL**

| | |
|---|---|
| In re: ) | |
| PAUL EUGENE DANIO ) | Case No. 13-30319 ABC |
| SSN:   XXX-XX-7404 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

ORDER ON DEBTOR'S MOTION FOR MANDATORY ABSTENTION;
ORDER TREATING MOTION AS MOTION FOR RELIEF FROM STAY;
PROCEDURE ORDER; AND NOTICE OF HEARING

Before the Court is the Debtor's Motion for Mandatory Abstention ("Motion"). Debtor, who appears without counsel, has requested that this Court abstain from hearing a proceeding that is pending in District Court, Clear Creek County, Colorado ("State Court Action"). The Debtor is named as a defendant in the State Court Action which was commenced by COAG Corporation ("COAG") to, inter alia, quiet title to certain real property including surface rights and mineral interests.

Debtor asserts that a trial is set to commence in the State Court Action on February 13, 2014. He does not wish the litigation to be delayed by his bankruptcy case and seeks an order authorizing the trial to proceed.

Debtor has incorrectly titled his Motion as a Motion for Mandatory Abstention. Abstention is only appropriate with respect to an action or proceeding pending in this Court. The relief Debtor really seeks is an order granting relief from stay for the State Court Action to proceed to determine the parties' relative rights with respect to the real property which is the subject of the State Court Action, some of which may involve determinations of what is or is not property of Debtor's bankruptcy estate.

Debtor, and his estate, for whose benefit the section 362(a) stay is imposed, is before this Court seeking permission for the State Court Action to proceed. Debtor may be entitled to such an order to present to the State Court so as to permit the State Court Action to proceed to trial as set and to determine the relative rights of all the parties to the litigation. Such an order cannot enter, however, without providing notice of the Motion and opportunity for a hearing to parties in interest, including the parties to the State Court Action. Accordingly, it is

ORDERED that this Court will deem Debtor's Motion a motion for relief from stay; and it is

FURTHER ORDERED that the Court will convene a NON-EVIDENTIARY hearing on such Motion on **THURSDAY, JANUARY 30, 2014 AT 1:30 P.M. in Courtroom C 205, Bryon G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado, before the Honorable A. Bruce Campbell**; and it is

FURTHER ORDERED that Debtor shall cause a copy of this Order and his Motion to be delivered by email, facsimile, hand delivery, or overnight mail on COAG, through its attorney of record in the State Court Litigation, and the other defendants in the State Court Action at their addresses of record; and it is

FURTHER ORDERED that Debtor shall effect the delivery of this Order and his Motion upon the other parties to the litigation so that they are received by such parties not later than **CLOSE OF BUSINESS on FRIDAY, JANUARY 24, 2014**; and it is

FURTHER ORDERED that the Clerk of this Court shall cause a copy of this Order to be mailed to the creditors and parties in interest on this Court's Mailing Matrix for this case; and it is

FURTHER ORDERED that any response to the Debtor's Motion shall be filed with this Court no later than **NOON on JANUARY 29, 2014**; and it is

FURTHER ORDERED that if no objection is filed or presented at the hearing, this Court may enter an order authorizing the State Court Action to proceed.

DATED: January 23, 2014

BY THE COURT:

_____
A. Bruce Campbell
United States Bankruptcy Judge