IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

**HONORABLE A. BRUCE CAMPBELL**

| | |
|---|---|
| In re: | ) |
| PAUL EUGENE DANIO | ) Case No. 13-30319 ABC |
| SSN:  XXX-XX-7404 | ) Chapter 11 |
| | ) |
| Debtor. | ) |

SUPPLEMENTAL ORDER TO DEBTOR

On January 23, 2014, this Court issued an *Order on Debtor's Motion for Mandatory Abstention, Order Treating Motion as Motion for Relief from Stay; Procedure Order; and Notice of Hearing* ("Order").  The Order requires Debtor to deliver a copy of the Order and his Motion for Mandatory Abstention ("Motion") on the parties to the State Court Action as defined in the Order.  The Order neglected to include a deadline by which Debtor should file a certificate of service and compliance with the Order. Thus, this order issues to provide that deadline. Accordingly, it is

ORDERED that Debtor shall file with the Court by **CLOSE OF BUSINESS, MONDAY, JANUARY 27, 2014**, a certificate of service and compliance with the Order ("Certificate"); and it is

FURTHER ORDERED that Debtor shall include in the Certificate so filed:
(1) the name and address of each party (e.g street, email or facsimile number) to whom he delivered the Order and Motion;
(2) the date and time he delivered the Order and Motion; and
(3) the manner by which Debtor delivered the Order and his Motion to each party (e.g. by hand delivery, facsimile, email or overnight mail); and it is

FURTHER ORDERED that if Debtor fails to comply with this Order, the Court may vacate the hearing and deny Debtor's Motion.

DATED: January 23, 2014

BY THE COURT:

_____
A. Bruce Campbell
United States Bankruptcy Judge